CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 17 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Bright
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No.: 5:06CR00014 |
| v. | ) | ORDER - 2255 |
| JOSEPH RODNEY BROOKS | ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Joseph Rodney Brooks' motion pursuant to 28 U.S.C. § 2255 that his plea of guilty was involuntary and that he is actually innocent is **DISMISSED** without prejudice. This matter is **STRICKEN** from the active docket of the court.

Joseph Rodney Brooks is advised he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

ENTER: This July 17th, 2008.

_____
UNITED STATES DISTRICT JUDGE